IN THE

# SUPREME COURT

OF THE

## STATE OF NEW YORK,

IN MAY TERM, 1827, IN THE FIFTY-FIRST YEAR OF OUR INDEPENDENCE

---

### MILLER *against* HEATH and HEATH.

*A party demurring in good faith, this being shown on affidavit, with merits, may withdraw his demurrer and plead; though the demurrer be overruled as frivolous.*

*The motion for this purpose is most properly non-enumerated.*

THE defendants demurred to the declaration. The court, at the last term, overruled the demurrer as frivolous.

The attorney for the defendants afterwards made affidavit that he demurred in good faith, sincerely believing that the declaration wanted substance; and that the plaintiff had not lost a trial. One of the defendants made affidavit that the defendants had a good and substantial defence on the merits, as he was advised by counsel and verily believed. On these facts,

*D. Graham,* moved for leave to withdraw the demurrer and plead, on payment of costs.

*E. Barnes,* contra.

*Curia.* Take your motion, on paying the costs of the demurrer, and of this motion. It is not of course, on overruling a frivolous demurrer, to allow the party to withdraw it and plead. But it has often been done where the attor-

NEW YORK,
May. 1827.

ney demurred in good faith ; and a defence on the *merits is sworn to. An application for this, is most properly brought forward in the form of a non-enumerated motion, on notice.

Rule accordingly.[1]

SUTHERLAND, J., was absent.

[1] The New York Code provides that after the decision of a demurrer, either at a general or special term, the court may, in its discretion, if it appear that the demurrer was interposed in good faith, allow the party to plead in, upon such terms as may be just. If the demurrer be allowed on the ground that several causes of action have been improperly united, the court may, in its discretion, and upon such terms as may be just, order the action to be divided into as many actions as may be necessary to the proper determination of the causes of action therein mentioned. N. Y. Code of 1851, sects. 172, 144.